1150

No. 97–7042. COMEAUX v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 97–7157. HOLMAN v. PAGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–7287. WILLIAMS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–7293. TAVAKOLI-NOURI v. WASHINGTON HOSPITAL CENTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–7310. TOWNSEND v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–7318. WILKINSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 97–7319. WILDER v. KNIGHT ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–7327. LANDON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7350. PALONIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–7363. MARROQUIN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7370. LEBRON v. RUSSO ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–7412. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7417. FLOWERS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–7421. JOHNSTON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–7422. LANGLEY v. IOWA. C. A. 8th Cir. Certiorari denied.